UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

CA 08 251 ML

TEXTRON FINANCIAL CORPORATION,

PLAINTIFF

V.

CA NO. 2008 -_____

ENTERPRISE DIRECT, LLC; JOSEPH MONAHAN;
LORI MONAHAN,

DEFENDANTS

# COMPLAINT

## Parties and Jurisdiction

1. Textron Financial Corporation ("TFC") is a Delaware corporation with its principal place of business in Providence, Rhode Island.

2. Enterprise Direct, LLC is a limited liability company organized under the laws of the State of Arizona with its principal place of business in Chandler, Arizona.

3. Defendant Joseph Monahan is a citizen of Arizona and a personal guarantor of the obligations of Enterprise Direct to TFC.

4. Defendant Lori Monahan is a citizen of Arizona and a personal guarantor of the obligations of Enterprise Direct to TFC.

5. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332, as the plaintiff and defendants are citizens of different states and the amount in controversy exceeds $75,000, exclusive of costs.

## Factual Allegations

6. On or about August 9, 2007, TFC entered into an inventory financing arrangement with Enterprise Direct pursuant to the terms of a Credit and Security Agreement,

and an Acknowledgement of Program Terms and Conditions, copies of which are attached to this Complaint as Exhibits A and B, respectively.

7. In order to induce TFC to lend money to Enterprise Direct, Joseph and Lori Monahan each executed and delivered to TFC a personal guaranty of the obligations of Enterprise Direct to TFC ("Guaranty"). A copy of the Guaranty is attached to this Complaint as Exhibit C.

8. Enterprise Direct failed to pay TFC as agreed, and by letters dated February 1, 2008, TFC made written demand on Enterprise Direct and the guarantors for payment of the balance due from Enterprise Direct to TFC.

9. The Defendants have failed to pay the balance due from Enterprise Direct to TFC.

10. The failure of Enterprise Direct to pay the outstanding balance owed to TFC is a breach of its contract with TFC, and TFC has suffered damages thereby.

11. The failure of Joseph Monahan to pay the outstanding balance owed to TFC is a breach of his contract with TFC, and TFC has suffered damages thereby.

12. The failure of Lori Monahan to pay the outstanding balance owed to TFC is a breach of her contract with TFC, and TFC has suffered damages thereby.

13. As of June 26, 2008, the outstanding balance due to TFC from each of the defendants is $ 551,530.55, exclusive of attorneys fees and costs. Interest continues to accrue on the principal portion of the outstanding balance at the rate of $ 160.75 per day.

Wherefore, TFC requests that the Court enter judgment in its favor and against the defendants, jointly and severally in the amount of $ 551,530.55, plus interest, costs, and

attorneys fees as provided by contract and by R.I.G.L. § 9-1-45.

**Textron Financial Corporation**
By its Attorneys,

John P. Gyorgy 3560
NOEL & GYORGY LLP
50 South Main Street
Providence RI 02903
(401) 272-7400
(401) 621-5688 (Fax)
JPGyorgy@LawNoel.com

June 30, 2008