## Acknowledgement of Program Terms and Conditions

Conditions for Activation

The following conditions will need to be satisfied as determined by Textron Financial prior to Enterprise Direct L.L.C. ("Borrower") using its Textron Financial facility in the amount of $500,000.00 (the "Facility"). Please execute the enclosed documents in full and forward them, along with all other documentation requested, to the address at the bottom of this form. Please note that the form and substance of all documentation is subject to approval by Textron Financial and its counsel.

- Executed Acknowledgement of Program Terms and Conditions ("Acknowledgement");
- Incumbency Certificate;
- Credit and Security Agreement and Certificate of Corporate Borrowing Resolutions;
- Broad lien UCC filing giving Textron Financial a first priority lien on all corporate assets;
- Textron Financial require Personal Guarantees from Joe Monahan and Kevin Angileri. In addition, the spouses of Joe Monahan and Kevin Angileri have offered and Textron Financial has accepted Personal Guarantees on behalf of Borrower;
- Detailed A/R aging with names, numbers, and contacts: verification of accounts will be done prior to funding and periodically thereafter;
- Recent interim financial statement ;
- Intercreditor Agreement executed by New England Technology Finance, LLC, giving Textron Financial a first priority lien on all corporate assets;
- Articles of Organization and other organizational documents, as applicable;
- Landlord Lien Waiver(s), as applicable;
- Insurance Certificate(s) and Authorization;
- Select Pay Form, along with a voided check;
- Web Site documents: Internet registration and log;
- E-Mail Notification Form;
- Electronic Payment Setup Form;
- Satisfactory bank and trade references.

Ongoing Requirements

The following requirements, which are in addition to the requirements set forth in the Credit and Security Agreement and/or other documentation, are a continuing part of the approval granted with respect to the Facility and must be fully complied with at all times while the Facility and/or any other obligations to Textron Financial are outstanding. This Acknowledgment, the Credit and Security Agreement and all other documentation are referred to collectively as the "Credit Documents".

1. Borrower must deliver the following to Textron Financial at the times indicated:

- Monthly accounts receivable, accounts payable, and inventory reports within 15 days of month-end. These may be provided in summary at the end-user level (alphabetically listed), and must be provided for all locations aged out in 30-day increments from invoice date. In the event of default, or at Textron Financial's discretion, reporting requirements may be increased from time to time;
- Quarterly company prepared financial statements within 20 days of quarter-end;
- Evidence of casualty insurance at a level sufficient to cover average inventory levels plus net fixed assets, accompanied by a Lender's Loss Payable clause favoring Textron Financial

Exhibit B

Corporation, along with annual insurance renewals and any other documentation as required by Textron Financial;

- Annual updated personal financial statements for guarantors;
- Annual financial statements reviewed by a certified public account firm acceptable to Textron, within 90 days of year end;

2. Textron Financial shall be entitled to perform, and Borrower shall fully cooperate with Textron Financial to enable, monthly verifications of accounts receivable and other verifications as may be determined by Textron Financial from time to time. Enterprise Direct L.L.C. should immediately notify its customer base that Textron Financial is its new financing partner and that Textron Financial may contact them periodically to verify the amount of their payables to Enterprise Direct L.L.C.

Terms

The terms under which the Facility will be provided to Borrower are Net 30 days for Ingram, Synnex, Tech Data, Compaq and D&H Distributing; Net 45 days for Dell and Avnet and Net 60 Days for Bell Microproducts. Please note that any financed products not rate supported by the applicable Vendor will be subject to a non-subsidy "prepaid" flat charge at the prevailing rate. Any invoice not paid within the periods listed above will constitute an Event of Default under each of the Credit Documents and will be charged a default interest rate of Prime Rate plus six percentage points (the "Default Rate") from the due date until payment is received. The outstanding loan balance of the Facility is also subject to interest accruing at the Default Rate during any Event of Default under any of the Credit Documents. From time to time, Textron Financial may offer different approved vendor programs and terms to you after notice, and your request for financing after such notice shall constitute your acceptance of those programs and terms as applicable.

Textron Financial maintains a common due date program for the Facility. All payments are due in our office on the due dates of the 5th, 15th, and 25th of each month.

Textron Financial requires you to maintain Eligible Collateral coverage equivalent to 100% of the Textron Financial outstandings. Eligible Collateral Coverage shall be determined by and include the respective advance rates of: (i) eligible accounts receivable times 70%, plus (ii) eligible inventory financed by Textron Financial (and specifically itemized as Textron Financial Inventory) at 100%, plus (iii) other eligible inventory (not specifically itemized as Textron Financial inventory) at 40%, and less (iv) any senior lender debt and/or other secured creditor balances with competing security interests. In the event that the amount produced by this calculation is less than the outstanding loan balance of the Facility as of the date of the accounts receivable aging and inventory report, Borrower shall immediately prepay the amount necessary to reduce the outstanding loan balance to an amount equal to or less than such amount produced by such calculation. This requirement shall be tested on a monthly basis or more frequently as may be determined by Textron Financial from time to time. Any prepayments required by this paragraph or otherwise made shall not entitle Borrower to any prepayment rebate, discount or other payment or benefit.

Borrower may not offset against or otherwise reduce payments to Textron Financial unless authorized by Textron Financial. Any unauthorized offsets or other reductions will be charged the default interest rate noted above and shall constitute an Event of Default.

Other Considerations

Borrower shall be required to provide such additional documentation and satisfy such additional conditions as Textron Financial may request time to time. Borrower must maintain, at all times, full compliance with the terms and conditions of this Acknowledgement, the Credit and Security Agreement and other documentation, and any failure of which shall constitute an Event of

Default under the Credit and Security Agreement and other documentation with Textron Financial. The obligations of Borrower under this Acknowledgement are secured by the Credit and Security Agreement. The Facility is fully discretionary and uncommitted. Textron Financial therefore may discontinue the Facility at any time and in Textron Financial's sole discretion, regardless of Borrower's compliance with the terms and conditions in this Acknowledgement, the Credit and Security Agreement and/or other documentation.

If all conditions for activation of the Facility are not satisfied within 60 days from the date of the issuance of the Conditional Approval Letter, then the Conditional Approval will be withdrawn and the Facility will not be effective.

Please return the information requested, as well as a fully executed copy of this Acknowledgement, to the following address:

Textron Financial Corporation
Attn: SVP, Chief Credit Officer
2 Walnut Grove Drive, Suite 310
Horsham, PA 19044

Acknowledged and Agreed to by
Enterprise Direct L.L.C.

By: [signature]

Print Name: Kevin Ansiteri

Title: President

Date: 8/9/07