AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
## DISTRICT OF RHODE ISLAND

CA 08 251

| | | |
|---|---|---|
| Textron Financial Corporation<br>Plaintiff<br>v.<br>Enterprise Direct LLC, et al.<br>Defendant | ) | Civil Action No. |

**Summons in a Civil Action**

To: *(Defendant's name and address)*

Lori Monahan
20138 Sonoqui Boulevard
Queen Creek AZ 85242

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

John Gyorgy
Noel & Gyorgy LLP
50 South Main Street
Providence RI 02903

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Name of clerk of court

Date: 6/30/08

Conetta P. Zinni
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on 7/9/08.
by:

(1) personally delivering a copy of each to the individual at this place, ______________________; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with Bruce Smith who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is ______________________; or

(4) returning the summons unexecuted to the court clerk on ____________; or

(5) other *(specify)* ______________________.

My fees are $ 75.00 for travel and $ ________ for services, for a total of $ 75.00.

Date: 7/10/08

[signature]
Server's signature

Daniel Ortiz
Printed name and title

Arizona Quick Serve
9393 N. 90th St. Ste 121
Scottsdale, AZ 85258

Server's address

FILED
2008 JUL 16 P 12:10
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND